RECEIVED
IN LAKE CHARLES, LA
MAR 19 2013
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| EUGENE HENRY MOORE<br>DOC #310434 | CIVIL ACTION NO. 2:12-cv-2540<br>SECTION P |
| VS. | JUDGE PATRICIA MINALDI |
| WARDEN, C. PAUL PHELPS<br>CORRECTIONAL CENTER | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 9] of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein [Doc. 10], and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that that the petitioner's petition for *habeas corpus* be **DENIED** as **MOOT**.

Lake Charles, Louisiana, on this 19 day of March, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE