IN LAKE CHARLES, LA.

APR 05 2013

TONY R. MOORE, CLERK
BY _____
              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **EUGENE HENRY MOORE** | **CIVIL ACTION NO. 2:12CV2540** |
| **VERSUS** | **JUDGE MINALDI** |
| **WARDEN C PAUL PHELPS CORR. CENTER** | **MAGISTRATE JUDGE KAY** |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X**   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lake Charles, Louisiana, this 4 day of April, 2013.

Patricia Minaldi
UNITED STATES DISTRICT JUDGE